**KARIN J. IMMERGUT, OSB #96314**
United States Attorney
**STEPHEN J. ODELL, OSB #90353**
Assistant U.S. Attorney
steve.odell@usdoj.gov
United States's Attorney's Office
District of Oregon
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1024
Facsimile: (503) 727-1117
 Of Attorneys for Defendants

FILED 08 APR 08 18:44 USDC-ORP

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

OREGON NATURAL RESOURCES COUNCIL
ACTION, et al.,

                    Plaintiffs,

    v.

UNITED STATES FOREST SERVICE, et al.,

_____Defendants,

    and

STARFIRE LUMBER CO., et al.,

    Amici Curiae/Defendant-Intervenors.

Civ. No. 03-613-KI

**STIPULATION** ████████████
**ORDER RE: DISPOSITION OF
AMENDED MOTION FOR
ATTORNEYS' FEES, COSTS,
AND OTHER EXPENSES**

    Plaintiffs and Federal Defendants ("Stipulating Parties") jointly submit and respectfully

ask the Court to approve this stipulation memorializing their agreement providing for disposition

of Plaintiffs' Amended Motion for Attorneys' Fees, Costs, and Other Expenses (Dkt. #329).

Specifically, the Stipulating Parties hereby stipulate to the following facts and terms:

STIPULATION & [PROPOSED] ORDER RE: DISPOSITION OF AMENDED
MOTION FOR ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES                    - Page 1

1. On September 21, 2007, Plaintiffs filed a motion for attorneys' fees, costs, and other expenses (Dkt. #318) and, on January 30, 2008, they filed an amended version of this motion (Dkt. #329). Since the motion was filed, Plaintiffs and Federal Defendants have engaged in good-faith settlement negotiations designed to see if they could resolve the issues the motion, as amended, raises without the need for further litigation. Recently, the parties reached agreement on a fixed sum to serve as the basis of a settlement agreement to dispose of all such issues and the amended motion. This stipulation serves to memorialize and formalize their agreement.

2. Federal Defendants shall pay to Plaintiff Oregon Natural Resources Council Action (Taxpayer ID# 23-7432820) the sum of $90,000.00 as the full amount that may be due and owing and in complete satisfaction of any obligations Federal Defendants may have to compensate any and all Plaintiffs for the expenditures they have made or have yet to make for attorneys' fees, costs, and any other expenses related to this action, including but not limited to the expenditures for which they seek reimbursement in their pending amended motion. Federal Defendants will send such payment to the attention of Ms. Candace Guth, who shall receive payment as an authorized representative of Plaintiff Oregon Natural Resources Council Action on behalf of all Plaintiffs, at the following address: 5825 North Greeley Avenue, Portland, Oregon 97217.

3. Plaintiffs' entry into this stipulation effects a withdrawal with prejudice of both their pending amended motion for attorneys' fees, costs, and other expenses (Dkt. #329) and the original version of the motion (Dkt. # 318). The Court retains jurisdiction to enforce the terms of this stipulation as necessary until the payment referenced in paragraph 2, above, has been made.

4. The fact that the Stipulating Parties are entering into this stipulation does not constitute, and shall not be construed, as an admission on the part of either Plaintiffs or Federal

Defendants in regard to any issues related to Plaintiffs' amended motion (or the motion in its original version) for attorneys' fees, costs, and other expenses.

    5. The Stipulating Parties respectfully request that the Court review and approve this stipulation by signing on the signature block below provided for that purpose.

Respectfully submitted this 7th day of April 2008.

                                     KARIN J. IMMERGUT
                                     United States Attorney
                                     District of Oregon

/s/ Peter M.K. Frost (by SJO)         /s/ Stephen J. Odell
PETER M.K. FROST, #91184       STEPHEN J. ODELL, OSB #90353
Western Environmental Law Center  United States Attorney's Office
(541) 485-2471                   (503) 727-1024
 Of Attorneys for Plaintiffs          Of Attorneys for Federal Defendants

Having reviewed this document, the Court hereby APPROVES the foregoing stipulation of Plaintiffs and Federal Defendants regarding the disposition of Plaintiffs' Amended Motion for Attorneys' Fees, Costs, and Other Expenses (Dkt. #329).

IT IS SO ORDERED this ___8 _th__ day of __April__ 2008.

_____    _____
                                    THE HONORABLE GARR M. KING
                                    United States District Judge